## GALVESTON, HARRISBURG & SAN ANTONIO R'Y. vs. WILLIAMS.

Appeal from Bexar county.

*Practice in this Court.*—It is a rule rigidly enforced in this court that a statement of facts filed after adjournment of court will not be considered for any purpose in the absence of an order of court allowing ten days in which to file it. When therefore, there are no assignments of error which can be considered without a statement of facts, it remains only for the court to affirm the judgment.

Affirmed. Willie, Chief Justice.